NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OLETA C. WILLIS,                           )
                                           )
          Appellant,                       )
                                           )
v.                                         )
                                           )       Case No.  2D17-390
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
                                           )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Circuit Judge,
and Robert L. Crown, Acting Circuit Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Dawn A. Tiffin, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.